| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Thomas Robert Niemczewski** | Social Security number or ITIN   **xxx–xx–8783** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** | | |
| Case number:   **16–34748** | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Thomas Robert Niemczewski

January 31, 2017

**For the court:**   Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 16-34748-JSB
Thomas Robert Niemczewski                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: froman          Page 1 of 2          Date Rcvd: Jan 31, 2017
                              Form ID: 318          Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2017.
db          ++++THOMAS ROBERT NIEMCZEWSKI,   4224 SARATOGA AVE APT 102,   DOWNERS GROVE IL  60515-1931
              (address filed with court:  Thomas Robert Niemczewski,   4224 Saratoga Ave,   J 102,
              Downers Grove, IL  60515)
25050654    ++++DITECH,   332 MINNESOTA ST STE E610,   SAINT PAUL MN  55101-1311
              (address filed with court:  Ditech,   332 Minnesota St Ste 610,   Saint Paul, MN 55101)
25050658    +PayPal Bill Me Later,   PO Box 105658,   Atlanta, GA 30348-5658
25050659    +PayPal Credit,   PO Box 105658,   Atlanta, GA 30348-5658
25050664    +The Room Place,   1000 N Rohlwing Road,   Suite 46,   Lombard, IL 60148-1187
25050665    +Us Dept of Ed/Great Lakes Educational Lo,   Po Box 7860,   Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QGBKROL.COM Feb 01 2017 01:28:00     Gina B Krol,   Cohen & Krol,
              105 West Madison St Ste 1100,   Chicago, IL 60602-4600
25050644    +EDI: RMSC.COM Feb 01 2017 01:28:00     Amazon,   P.O. Box 965015,   Orlando, FL 32896-5015
25050645    +EDI: CHASE.COM Feb 01 2017 01:28:00     Amazon Visa,   PO Box 15298,
              Wilmington, DE 19850-5298
25050646     EDI: RMSC.COM Feb 01 2017 01:28:00     Amazon/SYNCHRONY,   P.O. Box 960013,
              Orlando, FL 32896-0013
25050647    +EDI: CHASE.COM Feb 01 2017 01:28:00     Chase Card Services,   Attn: Correspondence Dept,
              Po Box 15298,   Wilmingotn, DE 19850-5298
25050648    +EDI: CHASE.COM Feb 01 2017 01:28:00     Chase Card Services,   Po Box 15298,
              Wilmington, DE 19850-5298
25050649    +EDI: WFNNB.COM Feb 01 2017 01:28:00     Comenity Bank/Harlem Furniture,   Po Box 182125,
              Columbus, OH 43218-2125
25050650    +EDI: WFNNB.COM Feb 01 2017 01:28:00     Comenity Bank/Harlem Furniture,   Po Box 182789,
              Columbus, OH 43218-2789
25050652     EDI: DISCOVER.COM Feb 01 2017 01:28:00     Discover Financial,   Po Box 15316,
              Wilmington, DE 19850
25050651     EDI: IRS.COM Feb 01 2017 01:28:00     Department of the Treasury,   Internal Revenue Service,
              P.O.Box 7346,   Philadelphia, PA 19101-7346
25050653    +E-mail/Text: bankruptcy.bnc@ditech.com Feb 01 2017 01:53:00     Ditech,   Attn: Bankruptcy,
              Po Box 6172,   Rapid City, SD 57709-6172
25050655     E-mail/Text: rev.bankruptcy@illinois.gov Feb 01 2017 01:53:37
              Illinois Department of Revenue,   Bankruptcy Section,   PO Box 64338,   Chicago, IL 60664-0338
25050656    +E-mail/Text: bk@lendingclub.com Feb 01 2017 01:54:44     Lending Club Corp,   71 Stevenson St,
              Suite 300,   San Francisco, CA 94105-2985
25050661    +EDI: RMSC.COM Feb 01 2017 01:28:00     Synchrony Bank/Amazon,   Po Box 965015,
              Orlando, FL 32896-5015
25050660    +EDI: RMSC.COM Feb 01 2017 01:28:00     Synchrony Bank/Amazon,   Po Box 965064,
              Orlando, FL 32896-5064
25050663     EDI: RMSC.COM Feb 01 2017 01:28:00     Synchrony Bank/Walmart,   Po Box 965024,
              El Paso, TX 79998
25050662    +EDI: RMSC.COM Feb 01 2017 01:28:00     Synchrony Bank/Walmart,   Po Box 965064,
              Orlando, FL 32896-5064
                                                                              TOTAL: 17


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
25050657*    +Lending Club Corp,   71 Stevenson St Ste 300,   San Francisco, CA 94105-2985
                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2017                              Signature:  /s/Joseph Speetjens

District/off: 0752-1          User: froman          Page 2 of 2          Date Rcvd: Jan 31, 2017
                             Form ID: 318           Total Noticed: 23

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2017 at the address(es) listed below:
          Gina B Krol    gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;gsullivan@cohenandkrol.com;jneiman@cohenandkrol.
           com
          James J Haller    on behalf of Debtor 1 Thomas Robert Niemczewski jhaller@sulaimanlaw.com,
           courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;sulaiman.igotnotices@g
           mail.com;bkecf_sulaiman@bkexpress.info
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                              TOTAL: 3